# Court of Appeals
# of the State of Georgia

ATLANTA,    July 07, 2014

*The Court of Appeals hereby passes the following order:*

## A14A0684.  PAYNE v. HALL COUNTY, GA.

Jeffrey and Hart Payne sought to challenge the approval of appellee Riverbrook Village Development Partners, LLC's zoning application by filing in superior court a notice of appeal and complaint for declaratory judgment, writ of mandamus and injunctive relief.  Among other things, the Paynes sought a writ of mandamus to compel appellee Srikanth Yamala to accept only a complete application from Riverbrook and to compel the Hall County Board of Commissioners to deny Riverbrook's application.

The superior court granted the plea in abatement filed by all appellees but Riverbrook, and it granted Riverbrook's motion for judgment on the pleadings.  The Paynes then filed a notice of appeal to this court.  The Supreme Court, however, has appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Lamar County v. E.T. Carlyle Co.,* 277 Ga 690, 691-693 (1) (594 SE2d 335) (2004).  See also, *Ladzinske v. Allen*, 280 Ga 264, 264-265 (626 SE2d 83) (2006) (holding that case involving dismissal of claim for mandamus relief was within Supreme Court appellate jurisdiction).  Accordingly, this case is hereby **TRANSFERRED** to the Supreme Court for disposition.[1]

---

[1]  In issuing this order, we apologize to the parties that we have made the decision to transfer the case at this late date.  Originally, this case passed jurisdictional review, and the Court became concerned about our authority to decide the issues herein as the final edits were made to the drafted opinion.  If the Supreme Court disagrees that it has jurisdiction and remands the case for our consideration, we will be prepared to issue a final opinion in very short order.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 07/07/2014

      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*